## DAVIS v. UNITED STATES.

### No. 9293.

Circuit Court of Appeals, Fifth Circuit.

June 28, 1940.

Rehearing Denied Aug. 2, 1940.

Howard Dailey, of Dallas, Tex., for appellant.

Clyde O. Eastus, U. S. Atty., of Fort Worth, Tex., and Joe H. Jones, Asst. U. S. Atty., of Dallas, Tex., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

FOSTER, Circuit Judge.

Appellant, Alva B. Davis, and L. J. Summerfield, were convicted on 13 counts of an

indictment charging fraudulent use of the mails and were given general sentences of two years' imprisonment. Summerfield has not appealed.

The fraudulent scheme charged was the selling of land in Brewster and Presidio counties, Texas, for approximately $10 an acre, to about 1,000 purchasers, through misrepresentations as to its future potential unknown mineral possibilities and its value for agricultural purposes, when in truth the land- was not worth over $1 to $1.50 an acre. The case was tried by the judge without intervention of a jury. The printed record consists of some 550 pages, but we will not attempt to review the evidence as it is not suggested it was insufficient to support the conviction. The errors assigned are purely technical and do not affect the substantial rights of appellant. Furthermore, they are without merit.

The record presents no reversible error. 28 U.S.C.A. § 391. The judgment is affirmed.